JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND ALARID, an individual,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>AMAZON.COM SERVICES LLC, a limited liability company; and DOES 1-25, inclusive,<br><br>　　　　Defendants. | Case No. 2:24-cv-07366-CV (PVCx)<br><br>**ORDER GRANTING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE** |

　　　On September 4, 2025, the parties filed a joint stipulation to dismiss this action with prejudice ("Stipulation"). Doc. # 30. The Court, having reviewed the Stipulation and good cause having been found, hereby GRANTS the Stipulation and ORDERS as follows:

　　　1. The above-entitled action is DISMISSED with prejudice; and
　　　2. All attorney fees, costs of court and expenses shall be borne by each party incurring the same.

**IT IS SO ORDERED.**

Dated:　10/7/25

*Cynthia Valenzuela*

HON. CYNTHIA VALENZUELA
UNITED STATES DISTRICT JUDGE